# EXHIBIT "A"

GOLD KEY CREDIT  
P.O. BOX 15670  
BROOKSVILLE, FL  
34604-0122  

October 3, 2011

PHONE # 800-218-3280  
FAX # 866-711-4082  

GOLD KEY CREDIT  
ACCOUNT # 012211792 [redacted]

ATTENTION: KATHY COOK ;

AND ANY OTHER ASSOCIATES OF THIS COMPANY,

You are hereby NOTIFIED under provisions of PUBLIC LAWS 104-208, also known as the FAIR DEBT COLLECTION PRACTICES ACT, That your services are no longer desired. You and your organization must CEASE AND DESIST all attempts to collect the above debt. Failure to comply with this Law will result in my immediately filing a complaint with the FEDERAL TRADES COMMISSION AND THE NEW YORK STATE ATTORNEY GENERAL'S OFFICE and the FLORIDA STATE ATTORNEY GENERAL'S OFFICE. I will pursue all criminal and civil claims against you and your organization.

Let this letter also serve as your WARNING that I may utilize telephone devices in order to document any telephone conversations that we may have in the future. Furthermore, if any negative information is placed on my credit bureau report by your agency after receipt of this NOTICE this will cause me to file suit against you and your organization both PERSONALLY AND CORPORATELY, to seek any and all legal remedies available to me by LAW.

Since it is my policy neither to recognize nor deal with collection agencies. GIVE THIS MATTER THE ATTENTION IT DESERVES.

And have a nice day!

Catherine Shelton


CC: FEDERAL TRADES COMMISSION