☙JS 44

# CIVIL COVER SHEET

3:12-CV-102

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Catherine Shelton

### DEFENDANTS
Gold Key Credit, Inc.

(b) County of Residence of First Listed Plaintiff: Suffolk County, NY

County of Residence of First Listed Defendant: Hernando County, FL

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, Telephone Number, and Email Address)
Warren & Vullings, LLP, 93 Old York Road, Suite 333, Jenkintown, PA 19046    215-745-9800

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☒ 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

Citizen of This State: PTF ☒ 1
Incorporated and Principal Place of Business In Another State: DEF ☒ 5

## IV. NATURE OF SUIT
☒ 890 Other Statutory Actions

## V. ORIGIN
☒ 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Fair Debt Collection Practices Act 15 U.S.C. 1692

Brief description of cause:
Violation of FDCPA

## VII. REQUESTED IN COMPLAINT:
JURY DEMAND: ☒ Yes

## VIII. RELATED CASE(S)
Magistrate Judge Peebles
District Judge Hurd

Receipt#2075902

SIGNATURE OF ATTORNEY OF RECORD
/s/ Bruce K. Warren, Esq.    bkw@w-vlaw.com