IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK



U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

MAY 14 2012

LAWRENCE K. BAERMAN Clerk
UTICA

| | |
|---|---|
| CATHERINE SHELTON<br>Plaintiff<br><br>vs.<br><br>GOLD KEY CREIDT, INC.<br>Defendant | CIVIL ACTION<br><br><br>NO. 3:3012-cv-102-DNH-DEP |

## STIPULATION OF DISMISSAL

AND NOW, this 11th day of May, 2012, it is hereby Stipulated and Agreed by and between counsel for Plaintiff and counsel for Defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren Law Group, P.C.

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

SO ORDERED:
DAVID N. HURD
United States District Judge
Dated: 5/14/12  Utica, NY

Sessions, Fishman, Nathan & Israel, LLC

BY: /s/ Aaron R. Easley
Aaron R. Easley, Esquire
Attorney for Defendant